# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

TCYK, LLC,

      Plaintiff,

vs.

DOES 1-13,

      Defendants.

No. C13-1019

**ORDER EXTENDING DEADLINE TO SUBMIT SCHEDULING ORDER AND DISCOVERY PLAN**

---

This matter comes before the Court on the Motion for Extension of Time to Submit Scheduling Order and Discovery Plan (docket number 12) filed by the Plaintiff on November 20, 2013. For the reasons stated in the motion, Plaintiff seeks an extension of the deadline to submit a proposed scheduling order and discovery plan. The Court finds the motion should be granted.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Extension of Time (docket number 12) filed by the Plaintiff is **GRANTED**. The deadline to submit a proposed scheduling order and discovery plan is **EXTENDED** to **March 27, 2014**.

DATED this 21st day of November, 2013.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA