IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:13-cv-01019 |
| DOES 1-13. | ) |
| Defendants. | ) |

PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff TCYK, LLC hereby dismisses without prejudice its claims against Defendant Doe #7, also identified in the Complaint by IP: 76.78.0.129 in this action.

Dated: December 4, 2013

Respectfully submitted,

/s/ Jay R. Hamilton
JAY R. HAMILTON
CHARLES A. DAMSCHEN
HAMILTON IP LAW, PC
201 W. 2nd Street, Suite 400
Davenport, IA 52801
Tel: (563)441-0207
Fax: (563) 823-4637

**ATTORNEYS FOR PLAINTIFF**

1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Dismissal Without Prejudice was filed electronically on December 4, 2013. Notice of this filing will be sent to all parties by operation of the electronic filing system. Parties may access this filing through the Court's system.

                                      /s/ Jay R. Hamilton
                                      One of the Attorneys for
                                      TCYK, LLC