IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | |
|---|---|
| TCYK, LLC, | |
|     Plaintiff, | No. C13-1019-EJM |
| vs. | NOTICE OF DISMISSAL |
| MATTHEW BELTRAMEA, | |
|     Defendant. | |

    This action will be dismissed pursuant to Local Rule 41 and Local Rule 16, copies of which are attached, unless appropriate action is taken by or no later than May 15, 2014.

    DATED: May 1, 2014

                          ROBERT L. PHELPS, Clerk of Court
                          U.S. District Court for the Northern District of Iowa

                          By:    s/Sarah K. Melvin
                                    Deputy Clerk