IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No.: 2:13-cv-01019 |
| KYLIE KLEIN, WILLIAM HARRINGTON, MATHEW BELTRAMEA and TRAVIS BURSELL. | ) |
| *Defendants.* | ) |

## MOTION TO COMPEL COMPLIANCE WITH COURT ORDER

Pursuant to the Federal Rules of Civil Procedure, Plaintiff TCYK, LLC by and through their undersigned counsel, respectfully moves for an order compelling Defendant Mathew Beltramea to immediately and fully comply with this Court's Order dated November 21, 2013.

1. On November 21, 2013 this Court entered an Order Extending the Deadline to Submit Scheduling Order and Discovery Plan, noting a deadline of March 27, 2014. (Document No. 14)

2. On April 11, 2014, Defendant Mathew Beltramea filed a Pro Se Answer. Plaintiff sent a letter to Defendant Mathew Beltramea on April 16, 2014 requesting contact to discuss the case. To date, no response from Defendant Beltramea to this letter, nor any previous letter, has been received.

3. Without contact from the defendant to discuss the case and, specifically, to

discuss the discovery plan ordered to be submitted in this matter, Plaintiff is unable to comply with the Court's deadlines and progress the case forward. Therefore, Plaintiff requests Defendant Davidson be ordered to contact Plaintiff so that the parties may proceed and jointly comply with the Court Order for Submission of a Discovery Plan entered November 21, 2013.

WHEREFORE paragraph: incomplete, please use: "Plaintiff respectfully prays this Court enter an order compelling Defendant to comply with the November 21, 2013 Court Order and enter into discussions with Plaintiff to set a discovery plan.

DATED: May 1, 2014

                                      Respectfully submitted,

                                      _/s/ Jay R. Hamilton_____
                                      JAY R. HAMILTON
                                      HAMILTON IP LAW, PC
                                      201 W. 2nd Street, Suite 400
                                      Davenport, IA 52801
                                      Tel: (563)441-0207
                                      Fax: (563) 823-4637

                                      **ATTORNEY FOR PLAINTIFF**