## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

TCYK, LLC,

      **Plaintiff,**

vs.

**KYLIE KLEIN,**
**WILLIAM HARRINGTON,**
**MATHEW BELTRAMEA and**
**TRAVIS BURSELL,**

      **Defendants.**

**No. C13-1019**

**ORDER SETTING HEARING**

---

This matter comes before the Court on the Motion to Compel Compliance with Court Order (docket number 38) filed by the Plaintiff on May 1, 2014. Plaintiff asks the Court to order Defendant Mathew Beltramea to meet and confer with counsel for Plaintiff in order to submit a proposed scheduling order and discovery plan. Beltramea did not file a response to the motion, and the time for doing so has now expired. The Court finds the motion should be set for hearing.

### ORDER

IT IS THEREFORE ORDERED that the Motion to Compel Compliance (docket number 38) filed by the Plaintiff will come on for hearing on **May 29, 2014** at **9:00 a.m.** at the United States District Courthouse, Courtroom 3, 4th Floor, 111 7th Avenue SE, Cedar Rapids, Iowa. *The parties must appear personally at the time set for hearing.*

DATED this 20th day of May, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA