**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TCYK, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 2:13-cv-01019 |
| | ) | |
| KYLIE KLEIN, WILLIAM HARRINGTON, | ) | |
| MATHEW BELTRAMEA and TRAVIS | ) | |
| BURSELL. | ) | |
| | ) | |
| | ) | |
| *Defendants.* | | |

## APPEARANCE OF ALEXANDER JOHNSON

COMES NOW, Alexander Johnson of Hamilton IP Law, P.C., 201 W. 2nd Street, Suite 400, Davenport 52801, and hereby enters his appearance as counsel on behalf of TCYK, LLC.

DATED: _May 20, 2014_

Respectfully submitted,

/s/ Alexander Johnson
ALEXANDER JOHNSON
HAMILTON IP LAW, PC
201 W. 2nd Street, Suite 400
Davenport, IA 52801
Tel: (563)441-0207
Fax: (563) 823-4637

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a copy of Appearance of Alexander Johnson was filed electronically on May 20, 2014.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/  Alexander Johnson
Attorney for TCYK, LLC