IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:13-cv-01019 |
| KYLIE KLEIN, WILLIAM HARRINGTON, MATHEW BELTRAMEA and TRAVIS BURSELL. | ) ) ) ) ) |
| Defendants. | ) |

## PROPOSED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action against defendant Mathew Beltramea is voluntarily dismissed, without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


DATED: May 28, 2014


/s/ Jay R. Hamilton                                              /s/ Mathew Beltramea
JAY R. HAMILTON                                              MATHEW BELTRAMEA
HAMILTON IP LAW, PC                                       502 S. Linn Street
201 W. 2nd Street, Suite 400                                Anamosa, Iowa 52205
Davenport, IA 52801                                             Tel: (319) 462-3905
Tel: (563)441-0207
Fax: (563) 823-4637

**ATTORNEY FOR PLAINTIFF**                          **DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the Proposed Stipulation of Dismissal was filed electronically on May 28, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jay R. Hamilton
Attorney for TCYK, LLC