IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>KYLIE KLEIN,<br>WILLIAM HARRINGTON,<br>MATHEW BELTRAMEA and<br>TRAVIS BURSELL,<br><br>    Defendants. | No. C13-1019<br><br>ORDER CANCELLING HEARING |

This matter is set for hearing on May 29, 2014 on the Motion to Compel Compliance with Court Order (docket number 38) filed by the Plaintiff on May 1, 2014. Plaintiff TCYK, LLC and Defendant Mathew Beltramea have now filed a stipulation of dismissal, however, and therefore the Court concludes that the hearing should be cancelled.[1]

### ORDER

IT IS THEREFORE ORDERED that the hearing on the Motion to Compel Compliance, previously scheduled on May 29, is **CANCELLED**.

DATED this 28th day of May, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

---

[1] In fact, the Court's review of the file indicates that all 13 defendants have now been dismissed from this action.